UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALTIMETRIK CORP.,

       Plaintiff,                    Case No. 16-cv-13555
                                              Hon. Matthew F. Leitman

v.

LEON RODRIGUEZ,

       Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: January 3, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 3, 2017, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (313) 234-5113